LUDWIG MUELLER, an Infant, by His Guardian ad Litem, PAUL MUELLER, et al., Respondents, *v.* ROCKAWAY NEWS SUPPLY CO., INC., Appellant, et al., Defendant.

Argued January 4, 1955; decided January 20, 1955.

*Frank J. Horan* for appellant.
*Isadore B. Hurwitz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.